

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 8, 2022

**By E-Mail**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Collado, et al.*, **22 Mag. 4948**

Dear Judge McCarthy:

    In light of the arrest of the defendants in the above-referenced case and their presentment in court today, the Government respectfully requests that the complaint be unsealed.

                                                                  Respectfully submitted,

                                                                   DAMIAN WILLIAMS
                                                                   United States Attorney

                                          By: _____
                                                      Kaiya Arroyo
                                                      Assistant United States Attorney
                                                      (914) 993-1919

APPLICATION GRANTED

_Judith C. McCarthy_ 6/8/22
Hon. Judith C. McCarthy